PAULHUS *v.* STEWART, AS JUDGE OF MADISON COUNTY CIRCUIT COURT.

[No. 0-479. Filed June 19, 1957.]

*Joseph A. Paulhus, pro se.*

PER CURIAM—The petitioner, appearing *pro se,* seeks an alternative writ of mandate to compel Russell E. Stewart, Judge of the Circuit Court of Madison County, to show cause, if any, why he should not set a date for hearing of his petition for error *coram nobis.*

The relief sought relates to a proceeding in an inferior court. No certified copies of pleadings, orders and entries pertaining to the subject matter accompany the petition, hence it does not comply with Rule 2-35 of this court, 1954 Edition. For this reason the petition is dismissed.

NOTE.—Reported in 143 N. E. 2d 275.